# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

BRIAN EUGENE AEMMER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendants.

CASE NO. C16-890 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 18), recommending that this case be remanded, based on the stipulation of the parties (Dkt. 17). It is therefore ordered as follows:

(1)     The R&R is **ADOPTED**;

(1)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

Dated this 19th day of December, 2016.

                                              BENJAMIN H. SETTLE
                                              United States District Judge